**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
ERIC D. HONE
Nevada Bar No. 8499
Email: ehone@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Phone: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Plaintiff/Counterdefendant*
*Hwal'bay BA:J Enterprises, Inc.,*
*dba Grand Canyon Resort Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HWAL' BAY BA:J ENTERPRISES, INC., d/b/a GRAND CANYON RESORT CORPORATION, | Case No. 2:17-cv-01028-JCM-CWH |
| Plaintiff/Counterdefendant, | |
| v. | **STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| JENNIFER TURNER. ANDREA COLLIER, SOCIAL BUTTERFLY WORLD LLC, | |
| Defendants/Counterclaimants. | |
| AND RELATED PARTIES | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counterdefendant Hwal'bay Enterprises, Inc., dba Grand Canyon Resort Corporation, by and through its counsel of record, the law firm of Dickinson Wright PLLC, and Defendants/Counterclaimants Jennifer Turner, Andrea Collier, and Social Butterfly World, LLC., by and through their counsel, the law firm of Weide & Miller, Ltd. ("the parties"), hereby stipulate and agree as follows:

1.     This matter is hereby dismissed in its entirety, with prejudice (subject to an agreement between the parties, which in the event of any conflict, that agreement shall control);

2.     Each party shall bear their own attorney fees and costs;

1

3.    There are no hearings scheduled before this Court or other matters on the docket requiring the Court's attention.

IT IS SO STIPULATED.

DATED this 23rd day of June 2017.

DICKINSON WRIGHT PLLC


/s/ Eric D. Hone
Michael N. Feder, Nevada Bar No. 7332
Eric D. Hone, Nevada Bar No. 8499
Gabriel A. Blumberg, Nevada Bar No. 12332
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113-2210

*Attorneys for Plaintiff/Counterdefendant Hwal'bay BA:J Enterprises, Inc., dba Grand Canyon Resort Corporation*

DATED this 23rd day of June 2017.

WEIDE & MILLER, LTD.


/s/ Ryan Gile
F. Christopher Austin, Nevada Bar No. 6559
Ryan Gile, Nevada Bar No. 8807
Bank of America Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, Nevada 89128

*Attorneys for Defendants/Counterclaimants Jennifer Turner. Andrea Collier, and Social Butterfly World LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED  July 5, 2017

LVEGAS 72313-2 143718v2

2